IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ) | CRIMINAL NO. 3:04-353 (CMC) |
| ) | |
| v. ) | **OPINION and ORDER** |
| ) | |
| Kenneth Roshaun Reid, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court pursuant to Defendant's *pro se* motion to vacate the judgment in his criminal case due to "fraud upon the court" pursuant to Federal Civil Rule of Procedure 60(d)(3). ECF No. 673.

Defendant's motion is the latest in the on-going series of motions filed by Defendant in an effort to undermine the finality of his conviction and sentence. It is frivolous and without merit. Defendant's motion is, therefore, **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 12, 2015

1